IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**ADELINA C.. ROCABRUNA,**

    **Plaintiff**

v.                                                                             **CASE NO. 1:12cv00507**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC,**

    **Defendant**

## NOTICE OF APPEARANCE

    Please take note that Susan M. Rotkis, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601, hereby enters her appearance as counsel in this case on behalf of the Plaintiff.

    Please copy her with all matters in this case.

                                                     **ADELINA C. ROCABRUNA**

                                                            /s/
                                         Susan M. Rotkis, Esq.
                                         VSB #40693
                                         Attorney for Plaintiff
                                         CONSUMER LITIGATION
                                         ASSOCIATES, P.C.
                                         763 J. Clyde Morris Blvd Suite 1-A
                                         Newport News, Virginia 23601
                                         (757) 930-3660 - Telephone
                                         (757) 930-3662 – Facsimile
                                         srotkis@clalegal.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of July 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David Neal Anthony
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA  23219
David.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O Box 30
Richmond, VA  23218
mwsard@morrismorris.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road
Suite A-1
Richmond, VA  23230
jmontgomery@jwm-law.com


                _____/s/_____
                Susan M. Rotkis, VSB#40693
                Consumer Litigation Associates, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, VA 23601
                (757) 930-3660 telephone
                (757) 930-3662 facsimile
                srotkis@clalegal.com