IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ADELINA C. ROCABRUNA,

    Plaintiff,

v.                                  Civil Action No.: 1:12-cv-507 LMB/TCB

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.,

    Defendants.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **ADELINA C. ROCABRUNA,** and the Defendant **TRANS UNION, LLC**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against ***TRANS UNION, LLC.*** in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint ***only as to Defendant, TRANS UNION, LLC.***, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 1st day of October, 2012.

                                                  /s/
                                                  Leonie M. Brinkema
                                                  United States District Judge

WE ASK FOR THIS:

_____
Susan M. Rotkis, Esquire  VSB 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

*Counsel for Plaintiffs*

_____
Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA  23218
E-mail: mward@morrismorris.com

*Counsel for Trans Union, LLC.*