# MORRIS & MORRIS
## ATTORNEYS AT LAW

JOHN B. BROWDER
(1910-1989)
RUFUS G. COLDWELL, JR.
(1934-1987)
ROBERT M. WHITE
(1933-2003)

136390.114

11 SOUTH 12TH STREET
5TH FLOOR
RICHMOND, VIRGINIA 23219

TELEPHONE (804) 344-8300
FAX (804) 344-8359
WWW.MORRISMORRIS.COM



PLEASE REPLY TO
POST OFFICE BOX
RICHMOND, VIRGINIA 23218-0030

MICHAEL R. WARD
DIRECT DIAL (804) 344-6317
E-MAIL: MWARD@MORRISMORRIS.COM

September 25, 2012

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

    Re:   <u>Adelina Rocabruna v. Trans Union, et al.</u>
           Civil Action No. 1:12-cv-507

Dear Mr. Galindo:

    Pursuant to the ECF Policies and Procedures, please find enclosed a proposed Dismissal Order as to Trans Union Only, endorsed by counsel, which I ask that you present to the appropriate judge for consideration.

                                    Yours truly,

                                    Michael R. Ward

MRW/
Enclosure
cc:   Leonard Bennett

